UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**THEOSHAMOND NORMAN (#407759)**                    **CIVIL ACTION**

**VERSUS**

**BOBBY JINDAL, GOVERNOR, ET AL.**            **NO. 09-0161-FJP-CN**

**O R D E R**

    The Court having been advised by the United States Marshal's Office that the plaintiff failed to return the 285 Forms needed for service of process upon the defendants, which forms were mailed to the plaintiff at his record address on April 23, 2009, with instructions from the Marshal's Office that he must complete the forms and return them in order for service to be made,

    **IT IS ORDERED** that, within thirty (30) days of the date of this Order, the plaintiff shall complete and return to the Marshal's Office the 285 Forms which were forwarded to him in order that service may be effected upon the defendants. In the event that the plaintiff no longer has the 285 Forms which were forwarded to him, or did not receive them, he must contact the Marshal's Office and request that the forms be re-sent to him. The plaintiff is advised that a failure to comply with this Order within the time allowed may result in the dismissal of this proceeding without further notice from the Court.

    Signed in chambers in Baton Rouge, Louisiana, February 5, 2010.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

USM