UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)          CIVIL ACTION

VERSUS

BOBBY JINDAL, GOVERNOR, ET AL.        NO. 09-0161-FJP-CN

RULING ON MOTION TO DISMISS

This matter comes before the Court on the plaintiff's Motion to Dismiss, rec.doc.no. 17, which the Court interprets as a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Under this Rule, the filing of a notice of voluntary dismissal effects the dismissal, as of right and without prejudice, in favor of a plaintiff who files same prior to the filing of an answer or motion for summary judgment by the defendants.[1] Upon a finding by the Court that the plaintiff is entitled to the relief requested,

**IT IS ORDERED** that the above-captioned proceeding be and it is hereby **DISMISSED**, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, this __13__ day of July, 2010.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Rule 41(a)(1) provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment .... Unless the notice or stipulation states otherwise, the dismissal is without prejudice."